UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ N. RUIZ,
v.
CARIBBEAN RESTAURANTS, INC.

CASE NUMBER: 97-1612 (DRD)

## ORDER

| MOTION | RULING |
|---|---|
| **Date filed:** September 14, 1999  **Docket #48**  [X] Plff    [X] Deft  [ ] Other  **Title:** STIPULATION FOR VOLUNTARY DISMISSAL OF COMPLAINT | **APPROVED.** Pursuant to the motion and FED. R. CIV. P. 41(a)(1)(ii) the court hereby **DISMISSES** all claims by Plaintiff against Defendant **WITH PREJUDICE** and shall enter a final and unappealable judgment without the imposition of costs, expenses or attorneys' fees. IT IS SO ORDERED. |
| Date: September 15, 1999 | DANIEL R. DOMINGUEZ U.S. District Judge |

## JUDGMENT

| MOTION | RULING |
|---|---|
| **Date filed:** September 14, 1999  **Docket #48**  [X] Plff    [X] Deft  [ ] Other  **Title:** STIPULATION FOR VOLUNTARY DISMISSAL OF COMPLAINT | In accordance with the Order of this same date, the Court hereby enters judgment **DISMISSING** this action **WITH PREJUDICE** and this judgment is final and unappealable without the imposition of costs, expenses or attorneys' fees. IT IS SO ADJUDGED AND DECREED. |
| Date: September 15, 1999  P:\PEACHORD ERS\97-1612 DIS | DANIEL R. DOMINGUEZ U.S. District Judge |

RECEIVED AND FILED
99 SEP 17 AM 8:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:        EOD:

By: _____ # 49

3